IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN HARVIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 18-5340 |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 22nd day of October, 2019, upon consideration of Plaintiff's Request for Review (Doc. No. 12), and the Defendant's Response thereto (Doc. No. 13), IT IS HEREBY ORDERED that:

1. The Defendant's Motion to Stay is DENIED (Doc. No. 14);

2. Plaintiff's Request for Review is GRANTED and the case is REMANDED to the Commissioner of the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion; and

3. The Clerk of Court shall mark the above-captioned matter as CLOSED for statistical purposes.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE